John P. Loughnane, for appellant; Charles D. Snewind, of counsel; Clair T. Driscoll, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Ruth I. Ott Leichtfeld, Individually, and as Administrator of Estate of William Paul Leichtfeld, Deceased, Appellant, v. Eugene E. Dornbaugh, Executor of Estate of Anna Leichtfeld, Deceased, Appellee.

Gen. No. 44,973.

C. C. Ownbey, for appellant; Swanson, Dodge & Dornbaugh and Arthur Abraham, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.